```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

AMANDA CINTRON,
     Plaintiff,    21-cv-6256 (JGK)

  - against -       ORDER

ALBERT EINSTEIN COLLEGE OF MEDICINE
ET AL.,
     Defendants.

---

JOHN G. KOELTL, District Judge:

  The parties are directed to submit a Rule 26(f) report by October 12, 2021.

SO ORDERED.
Dated: New York, New York
    September 28, 2021

            _____
            John G. Koeltl
           United States District Judge