UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANDA CINTRON,

                Plaintiff,

            21-cv-6256 (JGK)

- against -

            ORDER

ALBERT EINSTEIN COLLEGE OF MEDICINE
and JOSEPH BEN-ARI,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The conference scheduled for Wednesday, November 3, 2021 at 4:00 pm is canceled.

SO ORDERED.

Dated:    New York, New York
          October 28, 2021

                                  John G. Koeltl
                            United States District Judge