```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANDA CINTRON,

                Plaintiff,

-against-

ALBERT EINSTEIN COLLEGE OF MEDICINE;
AND JOSEPH BEN-ARI,

                Defendants.

ORDER SCHEDULING DISCOVERY
CONFERENCE

1:21-CV-06256 (JGK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for general pretrial supervision purposes (Doc. No. 20).  A Discovery Conference will be held on **Tuesday, March 29, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York to address the parties' outstanding discovery disputes.

SO ORDERED.

Dated:    March 22, 2022
              New York, New York

                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge