**WYATT & ASSOCIATES**
EMPLOYMENT LAW, HR SOLUTIONS

Katherine Gabriel, Esq
Katherine@wyattlegalservices.com
P: 603-357-1111 F: 603-685-2868
Main Office: 17 Elm Street Suite C211 Keene NH 03431
New York Office: 418 Broadway 2nd Floor Albany NY 12207

---

<u>Via ECF</u>

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1330
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/23/2022

**MEMO ENDORSED**

March 23, 2022

    Re:    Amanda Cintron v. Albert Einstein College of Medicine, et al.
            Docket No.: 1:21-cv-06256-JGK
            Plaintiff's Request to Appear Telephonically for Discovery Conference

Dear Judge Parker:

Our firm represents the Plaintiff in the above captioned action. We write in order to respectfully request that the Court permit Plaintiff to appear telephonically (instead of in person) for the discovery conference currently scheduled for March 29th at 10:00am. Plaintiff's counsel would have to travel over four hours each way to attend the conference. Moreover, COVID-19 cases are still very high in New York County (Manhattan), with a daily average of 880 cases per day (which is a 29% increase from the average two weeks ago).[1] Defendants take no position on Plaintiff's request.

Plaintiff thanks the Court for its consideration of their request.

Respectfully submitted,

*s/Katherine A. Gabriel*

Katherine A. Gabriel
Katherine@Wyattlegalservices.com
Bar No. 5782487

**APPLICATION GRANTED:** The Discovery Conference in this matter scheduled for <u>Tuesday, March 29, 2022, at 10:00 a.m.</u> is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. <u>Please dial (866) 434-5269; access code 4858267.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

03/23/2022

---

[1] Tracking Coronavirus in New York City, N.Y. (updated Sept. 22, 2021), NEW YORK TIMES, https://www.nytimes.com/interactive/2021/us/new-york-city-new-york-covid-cases.html.