```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANDA CINTRON,

                Plaintiff,

-against-

ALBERT EINSTEIN COLLEGE OF MEDICINE;
AND JOSEPH BEN-ARI,

                Defendants.

**ORDER**

1:21-CV-06256 (JGK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    On March 29, 2022, the parties appeared for a pre-motion conference to discuss Plaintiff's motion to compel. (ECF No. 19.) At this time, the Court finds this dispute is premature and has reserved judgment.

    A telephonic case management conference will be held on **Thursday, April 21, 2022 at 4:00 p.m**. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.

SO ORDERED.

Dated:   March 29, 2022
           New York, New York

                                                *Katharine H. Parker*
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge