```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA CINTRON,<br><br>         Plaintiff,<br><br> -against-<br><br>ALBERT EINSTEIN COLLEGE OF MEDICINE et al,<br><br>         Defendants. | **ORDER**<br><br>1:21-CV-06256 (JGK)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

  As discussed at the May 31, 2022 conference, the following must be completed by Friday, June 3, 2022:

  Defendant Albert Einstein College of Medicine must provide Plaintiff's counsel with information regarding Defendant's email retention policy, including under what circumstances emails are typically destroyed.

  Defendants must provide information to Plaintiff's counsel regarding from which mail folders Defendants pulled documents for review; for example: Inbox; Sent; Deleted; Archive; and so on.

  Defendants must inform Plaintiff's counsel if they are aware of any potentially responsive documents that were destroyed or deleted, and therefore not reviewed.

  Parties must meet and confer regarding whether:

- Defendants can provide a stipulation as to the authentication of documents;
- Plaintiff can narrow the 30(b)(6) requests regarding comparator information;
- The parties can narrow the areas of disagreement regarding the other Rule 30(b)(6) topics based on the discussion at today's conference.

Parties must file a joint letter of no more than three pages describing any outstanding issues regarding the Rule 30(b)(6) topics on which the parties were not able to reach agreement through the meet-and-confer process.

SO ORDERED.

Dated:  June 1, 2022
        New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge