**HOGUET NEWMAN REGAL**

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

hhechtkopf@hnrklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2022

July 27, 2022

> Plaintiff shall file a letter on ECF by **Tuesday, August 2, 2022** stating its position on Defendant's below request for the Court to grant it permission to amend its RFA response.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   7/28/2022

**VIA E-MAIL**

Honorable Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Cintron v. Albert Einstein College of Medicine et al.*, No. 1:21-cv-06256-JGK

Dear Judge Parker,

We represent Defendants in the above-captioned matter, and write to respectfully request that the Court grant Defendants permission, pursuant to F.R.C.P. 36(b), to amend one response to Plaintiff's Requests for Admission ("RFA") propounded upon Defendants on April 8, 2022.

RFA No. 2 requested that Defendants "Admit Ms. Cintron disclosed to Ben-Ari, Tartarone, Cancellieri, and Cotton, prior to her termination, that she suffers from physical health conditions, including Systemic Lupus Erythematosus ("Lupus"), Fibromyalgia, and/or blepharospasms (eye spasms)." Defendants responded to the RFAs on May 9, 2022, stating that "Defendants admit that at a meeting taking place between the Plaintiff, Ms. Tartarone, and Mr. Ben-Ari on December 23, 2019, Plaintiff stated that she had lupus."

On that same date, during the deposition of Defendant Joseph Ben-Ari, it came to Defendants' attention that the response inadvertently contained Mr. Ben-Ari's name – both he, and Ms. Tartarone at her deposition on July 25, 2022, testified that Mr. Ben-Ari was not at the meeting at which Ms. Cintron told Ms. Tartarone that she had lupus. Mr. Ben-Ari testified that he was not aware, during the time that Ms. Cintron worked at the Albert Einstein College of Medicine, that she had lupus. *See* Exhibit A (Ben-Ari Dep. Tr. 287:14-289:12).

Defendants therefore respectfully request that the Court grant them permission to amend the RFA response to accord with the deposition testimony of the two witnesses. This amendment would be consistent with instruction of FRCP 36(b), that a court may "permit withdrawal or amendment if it would promote the presentation of the merits of the action and if the court is not persuaded that it would prejudice the requesting party in maintain or defending the action on the merits." There is no prejudice to the Plaintiff here, as there is no dispute that Ms. Tartarone was aware that the Plaintiff has lupus, and Mr. Ben-Ari corrected the RFA's misstatement on the same

Katherine Gabriel, Esq.
July 27, 2022
Page 2



day that the RFA response was served. In light of the inaccuracy of Defendants' responses to Request for Admission No. 2 in the absence of amendment and the lack of prejudice inflicted upon Plaintiff by amendment, the Court should grant Defendants' request for leave to amend. *See Chartwell Therapeautics Licensing LLC v. Citron Pharma LLC*, No. 16CV3181MKBCLP, 2018 WL 3442542, at *4–5 (E.D.N.Y. July 17, 2018) (granting motion for leave to amend responses to requests for admission as "straightforward" where inaccurate responses could cause "prejudice in litigating on the merits" those issues).

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Helene R. Hechtkopf

cc: **VIA E-MAIL**
*All counsel of record*

# EXHIBIT A

Page 286

```
 1                    BEN-ARI
 2          MR. WYATT:  So this is Exhibit 15.
 3          (Request for admission was marked
 4      Exhibit 15 for identification, as of this
 5      date.)
 6      Q.   So this is the defendants' responses
 7  to the request for admission that we served on
 8  defendants.  You saw this document, correct?
 9      A.   I believe so.
10      Q.   In other words, you approved, signed
11  off on the answers that are in this document,
12  correct?
13      A.   I don't --
14          MS. HECHTKOPF:  Objection.
15          THE WITNESS:  I'm sorry.
16          MS. HECHTKOPF:  You can answer, but I
17      objected.
18      A.   I don't recall.
19      Q.   If we go down to the bottom of the
20  document, all the way down, you understand that
21  this has been endorsed as a legal admission of
22  the defendants, am I correct?
23          MS. HECHTKOPF:  Objection.
24      Q.   Mr. Ben-Ari, you approved the answers
25  in this document, correct?
```

Page 287

```
 1                    BEN-ARI
 2      A.   I'm not sure.  You scrolled from the
 3  first page to the last page, so I'm not sure.
 4      Q.   I guess my question is for you did
 5  you see the answers in this document?
 6      A.   I'm not even sure -- this is dated
 7  May 9th?
 8      Q.   Today.
 9      A.   That's today.
10      Q.   Yup.
11      A.   I don't remember seeing a legal
12  document for some time, so I'm not sure if this
13  is the actual document that I recall seeing.
14      Q.   Let's turn to No. 2.  This request
15  asks defendants, including you, to admit that
16  Ms. Cintron disclosed to you, Ms. Tartarone,
17  Mr. Cancellieri, and Ms. Cotton prior to her
18  termination that she suffers from physical health
19  conditions, including systemic lupus
20  erythematosus, which is lupus for short,
21  fibromyalgia, and blepharospasms.  I could be
22  mispronouncing that.  Eye spasms let's call it
23  for short.  Do you see that?
24      A.   Yes.
25      Q.   And this says that defendants admit
```

Page 288

```
 1                    BEN-ARI
 2  that at a meeting taking place between the
 3  plaintiff, Ms. Tartarone, and Mr. Ben-Ari on
 4  December 23, 2019, plaintiff stated that she had
 5  lupus.  Do you see that?
 6      A.   I do.
 7      Q.   So you said you didn't remember one
 8  way or another.  Does this clarify your memory
 9  that in fact she did tell you on December 23rd at
10  least that she, Ms. Cintron, had lupus?
11      A.   No, it does not.  And it's
12  inconsistent with the previous documents where it
13  indicated that I was not at that meeting of
14  December 23rd.
15      Q.   Oh, I'm not saying one way or the
16  other what meeting specifically this was.  That's
17  not -- this answer doesn't address that.
18      A.   No, I have no recollection that I was
19  ever informed that she had lupus.
20      Q.   Okay.  So are you saying that you
21  think that this is a lie right here or just that
22  you don't remember one way or another?
23          MS. HECHTKOPF:  Objection.  You can
24      answer the question if you can.
25      A.   I have no recollection of being
```

Page 289

```
 1                    BEN-ARI
 2  informed that Mrs. Cintron -- Ms. Cintron had
 3  lupus at any time of her tenure as an employee at
 4  Einstein.
 5      Q.   So your testimony under oath is that
 6  at the moment she was terminated, you had not
 7  heard from anyone that she had lupus?
 8      A.   That is correct.
 9      Q.   And that you had not heard from
10  anyone that she had any other long-term medical
11  issue?
12      A.   That is correct.  Not that I recall.
13          MR. WYATT:  Let's pull up the notes,
14      which will be marked as Exhibit 15 now.
15          MS. GABRIEL:  We're onto 16.
16          MR. WYATT:  16.
17          (Handwritten notes were marked
18      Exhibit 16 for identification, as of this
19      date.)
20      Q.   Mr. Ben-Ari, we marked this as
21  Exhibit 16 because you provided it to your
22  attorney, who provided it in redacted form to us.
23      A.   Yes.
24      Q.   Do you recognize this document?
25      A.   I do.
```

1-800-727-6396                Veritext Legal Solutions                www.veritext.com