UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/18/2022___

---

AMANDA CINTRON,

                    Plaintiff,

          -against-

ALBERT EINSTEIN COLLEGE OF MEDICINE et al,

                    Defendants.

ORDER

1:21-CV-06256 (JGK)(KHP)

---

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the August 18, 2022 Case Management Conference, the parties shall submit a joint status letter of no more than three pages by **Thursday, August 25, 2022**. The letter shall state:

- Defendants' position regarding whether any investigatory files exist for the six alleged comparators Plaintiff mentioned at the Conference; and if so, the parties' position(s) on whether these files should be produced.

- Whether the parties, including individuals with decision-making authority, are available for a settlement conference on Tuesday, October 18, 2022.

SO ORDERED.

Dated:    August 18, 2022
          New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge