USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANDA CINTRON,

                Plaintiff,

-against-

ALBERT EINSTEIN COLLEGE OF MEDICINE; )
AND JOSEPH BEN-ARI,

                Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

1:21-CV-06256 (JGK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Wednesday, November 30, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **November 23, 2022 by 5:00 p.m.**

      **SO ORDERED.**

Dated:   August 29 2022
              New York, New York

                                            KATHARINE H. PARKER
                                            United States Magistrate Judge