# HOGUET NEWMAN
# REGAL & KENNEY, LLP

One Grand Central Place  
60 East 42nd Street, 48th Floor  
New York, New York 10165

Tel 212.689.8808  
Fax 212.689.5101  
www.hnrklaw.com

hhechtkopf@hnrklaw.com

September 21, 2022

APPLICATION GRANTED  
SO ORDERED

_____  
John G. Koeltl, U.S.D.J.  
9/22/22

**VIA ECF**  
Honorable John G. Koeltl  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street, Room 1330  
New York, NY 10007

RE:     Amanda Cintron v. Albert Einstein College of Medicine, et al.  
         Case No.: 1:21-cv-06256-JGK

Dear Judge Koeltl:

We represent the Defendants in the above action. We write with consent of opposing counsel to request an amendment to the current scheduling order in this case.

Under the current scheduling order, the joint pre-trial order is due on November 25, 2022. Mediation, however, is presently scheduled for December 6, 2022, and the parties agree that it would be more practical for both sides if the joint pre-trial order and/or summary judgment motions did not become due until after this mediation. We therefore respectfully request an extension to December 13, 2022, of the deadline by which the parties must request a pre-motion conference for any anticipated summary judgment motions; and to January 6, 2023, for the parties to submit a joint pre-trial order if no summary judgment motion is filed.

We thank the Court for its attention to this matter.

Respectfully submitted,

Helene R. Hechtkopf

cc: Attorneys for Plaintiff (via ECF)