```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:_____             │
│ DATE FILED: 10/24/2022            │
└──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANDA CINTRON,

                      Plaintiff,

        -against-

ALBERT EINSTEIN COLLEGE OF MEDICINE;

AND JOSEPH BEN-ARI,

                   Defendants.

---

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**1:21-CV-06256 (JGK)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter is scheduled for Tuesday, December 6, 2022 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Wednesday, January 4, 2023 at 10:00 a.m.**  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **December 28, 2022 by 5:00 p.m.**

       **SO ORDERED.**

Dated:   October 24, 2022
          New York, New York

_____
           KATHARINE H. PARKER
           United States Magistrate Judge